## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 25202 |
| Olusegun Ajibade, ) | Hon. Jack B. Schmetterer |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

US Department of Education, PO Box 16448, St. Paul, MN 55116, via certified mail;

US Department of EDUCATION, PO Box 8973, Madison, WI 53708, via certified mail;

Christopher H Purcell, Sherman & Purcell LLP, 120 S LaSalle St, Suite 1460, Chicago, IL 60603, representing First Midwest Bank, N.A.

See attached Service List.

Please take notice that on May 1, 2019, at 10:30 a.m., I shall appear before the Honorable Judge Schmetterer in Courtroom 682 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 3, 2019.

/s/ *John Wonais*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-25202<br>Northern District of Illinois<br>Eastern Division<br>Wed Apr  3 13:10:46 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AMEX<br>PO box 981540<br>El Paso, TX 79998-1540 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | BARCLAYS BANK DELAWARE<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| BK OF AMER<br>PO BOX 1598<br>NORFOLK, VA 23501-1598 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Blitt & Gaines PC<br>661 Glenn Ave<br>Wheeling, IL 60090-6017 |
| CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256-0596 |
| FED LOAN SERV<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | FIRST MIDWEST BANK/NA<br>300 N HUNT CLUB ROAD<br>GURNEE, IL 60031-2502 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| MIDLAND FUNDING<br>PO Box 13105<br>Roanoke, VA 24031-3105 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | OPORTUNPROG<br>1647 W 47th St<br>Chicago, IL 60609-3248 |
| PERSONAL FINANCE CO<br>2009 Essington Road<br>Joliet, IL 60435-7395 | PORTFOLIO RECOV ASSOC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg PA 17106-9184 |
| John P Wonais<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Olusegun Ajibade<br>4 Gibson Rd<br>Park Forest, IL 60466-1723 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Timothy P Mazur<br>THE SEMRAD LAW FIRM, LLC<br>20 S. Clark Suite 2800<br>Chicago, IL 60603-1811 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
C/Ocapital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Wal-mart
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Midwest Bank, N.A.

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 25202 |
| Olusegun Ajibade, ) | HON. Jack B. Schmetterer |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Olusegun Ajibade, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On September 6, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on December 12, 2018.

3. The Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 100.00% of their allowed claims. Debtor is to make plan payments to the Chapter 13 Trustee in the amount of $600.00 monthly for 60 months.

4. Debtor's student loans with US Department of Education are in deferment and the trustee shall not pay on any claim filed pursuant to said debt.

5. Debtors respectfully request this Honorable Court enter an Order modifying the confirmed Chapter 13 Plan at Section 8.1 to state that Debtor's student loans owed to

      US Department of Education are in deferment and the Trustee shall not pay any claim filed by US Department of Education.

6. Debtor is in a position to proceed with the instant case.

7. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

    A. That this Honorable Court enter an Order modifying Section 8.1 of the confirmed Chapter 13 Plan to state that Debtor's student loans owed to US Department of Education are in deferment and the Trustee shall not pay any claim filed by US Department of Education; and

    B. For such other and further relief as the Court deems fair and proper.

                                                           Respectfully submitted,

                                                           */s/ John Wonais*
                                                           *Attorney for Debtor*
                                                           The Semrad Law Firm, LLC
                                                           20 S. Clark Street, 28th Floor
                                                           Chicago, IL 60603
                                                           312-913-0625