UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-25202
Olusegun Ajibade )
)  Chapter: 13
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

**ORDER MODIFYING PLAN**

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtor's Chapter 13 Plan is modified at Section 8.1 to state that the trustee shall not pay on any claim filed pursuant to student loans owed to US Department of Education as said loans are currently in deferment.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 01, 2019

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625